IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE ARTHUR BUNN                                             PETITIONER

v.                              5:07CV00165 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

The Court denies the request raised in Petitioner's September 26, 2007 objections to stay the proceedings while he seeks permission to file successive *habeas* claims as the dismissal of these claims is without prejudice.

IT IS THEREFORE ORDERED that Claims 1, 2, and 4 are dismissed without prejudice as successive and that Claim 3 is dismissed with prejudice.

IT IS SO ORDERED this  27  day of September , 2007.

UNITED STATES DISTRICT JUDGE