IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE ARTHUR BUNN                                                    PETITIONER


v.                                   5:07CV00165 JMM-JFF


LARRY NORRIS, Director,
Arkansas Department of
Correction                                                           RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter,

it is Considered, Ordered, and Adjudged that Claims 1, 2, and 4 are dismissed without

prejudice as successive and that Claim 3 is dismissed with prejudice.

IT IS SO ADJUDGED this ___27___ day of __September___, 2007.


_____
UNITED STATES DISTRICT JUDGE